NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GARY LEE ROCHE, DOC #S40816, )
)
　　　　　Appellant, )
)
v. )　　　　Case No. 2D17-1747
)
STATE OF FLORIDA, )
)
　　　　　Appellee. )
_____)

Opinion filed November 2, 2018.

Appeal from the Circuit Court for Manatee
County; Susan B. Maulucci, Judge.

Howard L. Dimmig, II, Public Defender,
and Richard J. Sanders, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Helene S. Parnes,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


　　　　　Affirmed.


MORRIS, BADALAMENTI, and ATKINSON, JJ., Concur.